*Walter A. DeAndrade,* for the appellee (defendant).

Argued June 7—decided June 7, 1966

MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*John J. Sullivan,* for the appellant (defendant).

Argued June 7—decided June 7, 1966

EDWARD PIERCE ET AL. *v.* ZONING COMMISSION OF THE TOWN OF RIDGEFIELD ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Frederick M. Tobin,* for the appellee (defendant Rich-Chrysler-Plymouth, Inc.).

*John E. Dowling,* for the appellants (plaintiffs).

Argued June 7—decided June 7, 1966

LESTER F. BARTLETT *v.* THOMAS J. McCUSKER ET AL.

The motion by the defendant The Hartford Courant Company to dismiss the appeal from the Superior Court in Tolland County is dismissed because there is no appeal pending.

The motion by the defendant The Hartford Times, Inc., to dismiss the appeal from the Superior